IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ASHLEY HARVEY, Individually and as Next Friend of L. H., a Minor | § § § § | |
| *Plaintiffs*, | | |
| v. | § § | CASE NO.  2:18-cv-00164-JRG |
| CARTHAGE ISD, et al | § § | |
| *Defendants.* | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Monday, September 17, 2018, between Plaintiff, Ashley Harvey, Individually and as Next Friend of L. H., a Minor, and Defendants, Carthage ISD, Otis Amy, Scott Surratt, and Dr. Joseph Glenn Hambrick.  The mediation session was unsuccessful.

Signed this 18th day of September 2018.

*/s/  David Folsom*
David Folsom
TXBN: 07210800
JACKSON WALKER, LLP
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone: (903) 255-3250
Facsimile:  (903) 255-3265
E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 18th day of September 2018.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/  David Folsom*
David Folsom