UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ASHLEY HARVEY, Individually and<br>as Next Friend of L. H., a Minor<br><br>*Plaintiff*,<br><br>vs.<br><br>CARTHAGE INDEPENDENT SCHOOL<br>DISTRICT, OTIS AMY, SCOTT SURRATT<br>AND DR. JOSEPH GLENN HAMBRICK<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Cause No. 2:18-CV-00164<br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S DESIGNATION OF EXPERTS**

ASHLEY Harvey, Individually and as Next Friend of L.H., a Minor, (hereinafter referred to as "Plaintiff") serves this Designation of Experts pursuant to the Docket Control Order (ECF 19) in this case, and would respectfully show this Honorable Court as follows:

I.

Retained Expert Witnesses

The following retained experts will testify concerning matters within their expertise and more specifically to those opinions described in their reports served herewith. Each report and accompanying CV, disclose the matters required in Fed. R. Civ. Pro. 26.[1]

1. Katy L. Britt-Sharp, LSSP, PsyD
    Waco Psychological Associates, PC
    8401 Old McGregor Road
    Waco, TX 76712
    (254) 751-1550

---

[1] A report and CV for each retained designated expert has been served on counsel by e-mail today.

2. A. Patrick Huff, Ph.D.
   Cell Phone: 281-794-8108
   E-mail: aphuff51@gmail.com

3. Jennifer J. Freyd
   Department of Psychology
   University of Oregon
   Eugene, OR 97430
   jjf@uoregon.edu

II.

Non-retained experts.

Plaintiff hereby designates and states that Plaintiff intends to call for the purpose of fact and/or opinion testimony those persons listed in the witness disclosures of each party, as appropriate. Plaintiff makes this designation without conceding the qualifications, relevancy, reliability or admissibility of such witness' opinions.

Without limitation of the foregoing, Plaintiff hereby designates the following persons who are identified and described with contact information in Plaintiff's most recent disclosures.

Timothy Harkrider
14733 Lepus Drive
Willis, TX 77318

Mr. Harkrider is a distant family member to Plaintiff and is also an experienced and trained school administrator who currently serves as Superintendent of the Willis ISD. Mr. Harkrider gave informal advice to Plaintiff as they reported to Defendants the conduct at issue in this case. Upon information and belief, Mr. Harkrider will testify in detail that Defendants acted in a manner in violation of state and federal policy and not in a manner that a reasonable school administrator would under the same or similar circumstances. Mr.

Harkrider will testify as to the proper steps that should have been undertaken at each interval and will give his opinions based upon his training, education and experience.

>Christopher Hardy
>527 W College St.
>Carthage, TX 75633
>(903) 631-2067

Mr. Hardy is the former police chief for Carthage ISD. It is expected that he will testify to facts and circumstances concerning this case. He will also be called to provide testimony of the proper procedures in this case and the normal response of administrators and police to reports such as this. Ofc. Hardy may be asked to provide testimony on any matter in his expertise.

>Beverly Christiansen, MS LPC
>1800 Judson Rd. #300
>Longview, TX 75605
>(903) 242-9555
>
>Genesis Primecare
>Tracy Hicks DNP, APRN, PMHNP-BC, FNP-BC, CARN-AP
>P.O. Box 7083
>Longview, TX
>(903) 576-2629
>
>Dr. Neslihan Gungor
>LSU Shreveport, Pediatric Endocrinology
>1501 Kings Hwy.
>Shreveport, LA 7130
>(318) 675-6070

Plaintiff may offer fact and opinion testimony from each of the medical providers reflected in Plaintiff's medical records and, without limitation, to those disclosed by Plaintiff in their witness disclosures.

      Burton Reavis
      Joe Padgitt
      Contact information unknown
      Other unknown Federal Bureaus of Investigation employees involved in their investigation

Other unknown Homeland Security employees involved in their investigation

Any contractors, experts or advisors who were involved in the criminal investigation

The above individuals could be called to testify about any evidence, witness interviews and/or other material collected during their investigation. Testimony and/or records may be offered from this investigation including, without limitation, evidence collected concerning the timing and distribution. To the extent these person's have expert testimony to offer, they are designated for that purpose. Also, any state or local law enforcement personnel or contractors are designated as to matters within their personal knowledge or expertise, without prejudice to challenging their qualifications or admissibility of their opinions.

III.

Additional Designation

Plaintiff hereby cross designates and states that Plaintiff may call any expert witness identified or designated by any party or any employee or representative of any party, subject to any objections that Plaintiff may make concerning the designation or qualifications of those witnesses.

Plaintiff reserves the right to elicit by way of cross examination, opinion testimony from experts or corporate representatives or other witnesses who may be qualified to render expert testimony designated and/or called by other parties to the suit.

Plaintiff reserves the right to elicit by way or direction/cross examination, opinion testimony from fact witnesses who may be qualified to render testimony, but are not retained or designated experts at this time and who have expertise in certain areas regarding the facts of this case. Such non-retained expert witnesses may be employees of Carthage ISD but they have not been employed for the purpose of providing expert testimony.

Plaintiff reserves the right to elicit by way of direct/cross examination, opinion testimony for experts designated and/or called by other parties to the suit.

Plaintiff reserves the right to call any expert witness of any party who may be added to this lawsuit.

Dated this 4th day of October, 2018.

        Respectfully submitted,

        **BRAZIL & DUNN, L.L.P.**

        /s/ Chad W. Dunn
        Chad W. Dunn
        State Bar No. 24036507
        3303 Northland Drive, Suite 205
        Austin, Texas 78731
        Telephone: (512) 717-9822
        Facsimile: (512) 515-9255

        K. Scott Brazil
        State Bar No. 02934050
        13231 Champion Forest Drive., Suite 406
        Houston, Texas 77069
        Telephone: (281) 580-6310
        Facsimile: (281) 580-6362
        chad@brazilanddunn.com

            **DUNNAM & DUNNAM, L.L.P.**
            Jim Dunnam (Eastern District Application Pending)
            State Bar No. 06258010
            Eleeza Johnson
            State Bar No. 24058690
            Andrea Mehta
            State Bar No. 24078992
            4125 West Waco Drive
            Waco, Texas 76710
            Telephone: (254) 753-6437
            Facsimile: (254) 753-7434
            jimdunnam@dunnamlaw.com
            eleezajohnson@dunnamlaw.com
            andreamehta@dunnamlaw.com

            ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

   This is to certify that a true and correct copy of the above and foregoing document has been sent via the Court's electronic filing system to counsel for Defendant on October 4, 2018.

            _/s/ Chad W. Dunn_
            Chad W. Dunn