# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ASHLEY HARVEY, INDIVIDUALLY AND AS NEXT FRIEND OF L. H., A MINOR, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.  2:18-CV-00164-JRG |
| CARTHAGE ISD, OTIS AMY, SCOTT SURRATT, DR. JOSEPH GLENN HAMBRICK, | § § § | |
| Defendants. | | |

## ORDER

The Court issues this Order *sua sponte*. In light of the upcoming Motions Hearing, the Court **ORDERS** Defendants to bring the documents referenced in their Motion for In Camera Inspection (Dkt. No. 29) to the hearing set on Monday, November 19, 2018 for in person delivery to the Court.

**So ORDERED and SIGNED this 15th day of November, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE