IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ASHLEY HARVEY, Individually, and as Next Friend of L.H., a Minor,<br>Plaintiffs,<br><br>v.<br><br>CARTHAGE INDEPENDENT SCHOOL DISTRICT,<br>OTIS AMY, SCOTT SURRATT and DR. JOSEPH GLENN HAMBRICK,<br>Defendants. | §§§§§§§§§§§<br><br>CIVIL ACTION NO: 2:18 cv-00164 |

## ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANT'S COUNTERCLAIM

The Motion for Partial Summary Judgment of Plaintiffs Ashley Harvey, Individually, and as Next Friend of L.H., a minor came to be heard on the _____ day of _____, 201_, before this Court. All Parties received notice and an opportunity to be heard. After considering the pleadings, motions, response, reply, authorities, and arguments of counsel, IT IS HEREBY ORDERED:

Plaintiffs' Motion for Partial Summary Judgment as to Defendants' Counterclaim be and is hereby GRANTED.