**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ASHLEY HARVEY, INDIVIDUALLY AND AS NEXT FRIEND OF L. H., A MINOR, § § § § Plaintiff, § § v. § CIVIL ACTION NO. 2:18-CV-00164-JRG § CARTHAGE ISD, OTIS AMY, SCOTT SURRATT, DR. JOSEPH GLENN HAMBRICK, § § § § § Defendants. § | |

## ORDER

The Court issues this Order *sua sponte*. Having considered Defendant Carthage Independent School District's ("CISD") Motion for Sanctions and Request for Show Cause Hearing (Dkt. Nos. 53, 54), the Court is of the opinion that expedited briefing is appropriate. Accordingly, it is **ORDERED** that Plaintiff shall file its Response on or before December 19, 2018 by 12:00 PM. No reply or sur-reply is to be filed without leave of the Court.

Additionally, the Court **SETS** a hearing on the Motion on Friday, December 21, 2018, at 9:00 A.M. before the undersigned in Courtroom 106, Sam B. Hall, Jr. Federal Courthouse, Marshall, TX. All counsel-of-record are **ORDERED** to be present at such hearing.

**So ORDERED and SIGNED this 14th day of December, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE