

5801 Tennyson Parkway, Suite 360 | Plano, Texas 75024
P: (972) 377-7900 | F: (972) 377-7277 | C: (972) 567-2963
(800) 488-9045 | www.edlaw.com

**Dennis J. Eichelbaum**
Managing Shareholder

January 18, 2019

The Honorable Chief Judge Rodney Gilstrap
U.S. District Judge for the Eastern District of Texas, Marshall Division
Sam B. Hall Jr. Federal Building and United States Courthouse
100 East Houston Street, Room 125
Marshall, Texas 75670

Re:  *Ashley Harvey, Individually, and as Next Friend of L.H., a Minor, v. Carthage Independent School District, Otis Amy, Scott Surratt, and Dr. Joseph Glenn Hambrick; Civil Action No. 2:18-cv-00164; In the United States District Court for the Eastern District of Texas at Marshall*

Your Honor:

The undersigned will be on vacation in 2019 from July 1-29, November 22-29, and December 23-31. The undersigned respectfully requests the Court make every effort not to schedule any hearings or court appearances in the above referenced matter during these dates.

Sincerely,

EICHELBAUM WARDELL
HANSEN POWELL & MEHL, P.C.

By_____
   Dennis J. Eichelbaum
   deichelbaum@edlaw.com

c.   Client
     Opposing Counsel