## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ASHLEY HARVEY, INDIVIDUALLY AND AS NEXT FRIEND OF L. H., A MINOR, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:18-CV-00164-JRG |
| CARTHAGE ISD, OTIS AMY, SCOTT SURRATT, DR. JOSEPH GLENN HAMBRICK, | § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, in accordance with the Court's prior rulings and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Plaintiff takes nothing on its claims against Defendants.

2. Defendants take nothing on their claims against Plaintiff.

3. Defendants are held to be the prevailing party and are awarded their costs from Plaintiff.

4. Neither party shall recover attorneys' fees from the other.

5. All pending motions are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 6th day of March, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE