UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ASHLEY HARVEY, Individually and <br> L. H., Individually <br><br> *Plaintiffs,* <br><br> vs. <br><br> CARTHAGE INDEPENDENT SCHOOL DISTRICT, OTIS AMY, SCOTT SURRATT AND DR. JOSEPH GLENN HAMBRICK <br><br> *Defendant.* | § § § § § § § § § § § § § § | Cause No. 2:18-cv-00164 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEAL

Plaintiffs Ashley Harvey, Individually and L.H., Individually hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Memorandum Opinion and Order (ECF 92) dated March 6, 2019 and accompanying Final Judgment (ECF 93) dated March 6, 2019.

Dated this 2nd day of April, 2019.

                                                Respectfully submitted,

                                                **BRAZIL & DUNN, L.L.P.**

                                                _/s/ Chad W. Dunn_
                                                BRAZIL & DUNN, L.L.P.
                                                Chad W. Dunn
                                                State Bar No. 24036507
                                                3303 Northland Dr. #205
                                                Austin, Texas 78731
                                                Phone: (512) 717-9822
                                                Facsimile: (512) 515-9355
                                                chad@brazilanddunn.com

                                                **DUNNAM & DUNNAM, L.L.P.**
                                                Jim Dunnam (Eastern District Application Pending)

State Bar No. 06258010
Eleeza Johnson (Application Pending)
State Bar No. 24058690
Andrea Mehta (Application Pending)
State Bar No. 24078992
4125 West Waco Drive
Waco, Texas 76710
Telephone: (254) 753-6437
Facsimile: (254) 753-7434
jimdunnam@dunnamlaw.com
eleezajohnson@dunnamlaw.com
andreamehta@dunnamlaw.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document has been sent via the Court's electronic filing system to counsel for Defendants on April 2, 2019.

/s/ Chad W. Dunn
Chad W. Dunn