# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 11, 2019

Mr. Chad Wilson Dunn  
Brazil & Dunn  
3303 Northland Drive  
Suite 205  
Austin, TX 78731

    No. 19-40290    Ashley Harvey, et al v. Carthage Independent Sch Dist, et al  
                            USDC No. 2:18-CV-164

Dear Mr. Dunn,

The court has granted your motion to withdraw as counsel in this case.

We will not send further orders, correspondence, etc. regarding this appeal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Christina A. Gardner, Deputy Clerk  
504-310-7684

cc w/encl:  
    Mr. Dennis J. Eichelbaum  
    Ms. L. H.  
    Ms. Ashley Harvey  
    Ms. Andrea L. Mooney  
    Mr. David O'Toole  
    Mr. Scott Walker Thomas