IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-40290
_____

ASHLEY HARVEY, Individually and as next friend L. H., a Minor; L. H., Individually,

    Plaintiffs - Appellants

v.

CARTHAGE INDEPENDENT SCHOOL DISTRICT; OTIS AMY; SCOTT SURRATT; DOCTOR JOSEPH GLENN HAMBRICK,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Eastern District of Texas
_____

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of August 28, 2019, for want of prosecution. The appellants failed to timely file appellants' brief and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Christina A. Gardner, Deputy Clerk

**A True Copy**
**Certified order issued Aug 28, 2019**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

ENTERED AT THE DIRECTION OF THE COURT